630 A.2d 1219

A. Richard NERNBERG t/a A.R. Building Company
and Susan Nernberg, Petitioners,

v.

RESOLUTION TRUST CORPORATION, as Receiver
for First Home Savings Association, a State
Banking Association, Respondent.

RESOLUTION TRUST CORPORATION, as Conservator
for First Home Savings Association,

v.

A. Richard NERNBERG t/d/b/a A.R. Building Co.,
Baldwin Village Homeowners Association, a
Not–For–Profit Corporation.

Petition of A. Richard NERNBERG t/d/b/a A.R. Building Co.

Supreme Court of Pennsylvania.

Sept. 29, 1993.

## ORDER

PER CURIAM:

AND NOW, this 29th day of September, 1993, the Order of the Superior Court entered November 17, 1992 dismissing this action with prejudice is vacated, and the Petition for Allowance of Appeal is granted and the case is remanded to the Superior Court for further proceedings.